AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 01, 2023**

SEAN F. McAVOY, CLERK

KYLE R. SPENCER,

*Plaintiff*

v.

GERALD LEWIS, GEORGE MENINICK, SR., CHARLENE TILLEQUOTS, CHRISTOPHER WALLAHEE, TERRY HEEMSAH, SR., JEREMEY TAKALA, RUTH JIM, DELAND OLNEY, TERRY GOUDY-RAMBLER, PHILIP RIGDON, TAMARA SALUSKIN, RONNA WASHINES, TED STRONG, ALYSSA BUCK-WRIGHT, TUCELIA PALMER, MARY WAHPAT, and ANTHONY GEORGE JR.,

*Defendant*

Civil Action No. 2:22-CV-00297-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendants' Motion to Dismiss, ECF No. 19, is GRANTED. This case is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Stanley A. Bastian  on a motion to dismiss.

Date: 11/01/2023

CLERK OF COURT

SEAN F. McAVOY

s/ Nicole Cruz
*(By) Deputy Clerk*

Nicole Cruz